[855 NE2d 1166, 822 NYS2d 752]

In the Matter of HOMES FOR THE HOMELESS, INC., Respondent, v BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Appellant.

Decided September 12, 2006

### APPEARANCES OF COUNSEL

*Michael A. Cardozo, Corporation Counsel,* New York City (*Drake A. Colley* of counsel), for appellant.

*Cozen O'Connor,* New York City (*Howard B. Hornstein* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be reversed, without costs, the petition dismissed and the certified question answered in the negative. The determination of the Board of Standards and Appeals denying the expansion component of petitioner's variance application was rational and supported by substantial evidence (*see Matter of SoHo Alliance v New York City Bd. of Stds. & Appeals,* 95 NY2d 437, 440 [2000]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSEN-BLATT, GRAFFEO, READ and R.S. SMITH concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, etc.